IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISAAC MONROE, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:25-cv-1463-E-BN |
| § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should dismiss Plaintiff Isaac Monroe's complaint against Defendant Texas Department of Criminal Justice without prejudice under FED. R. CIV. P. 4(m) and FED. R. CIV. P. 41(b). (*See* ECF No. 15).

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12th day of January, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE